# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF PENNSYLVANIA
# PITTSBURGH DIVISION

| | |
|---|---|
| LASHANWDA SURLES, Individually and for Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>WEXFORD HEALTH SOURCES, INC.,<br><br>Defendant. | Case No. 2:22-cv-01376-DSC<br><br><br>Jury Trial Demanded<br><br><br>FLSA Collective Action |

## AGREED MOTION TO APPROVE COLLECTIVE ACTION SETTLEMENT

Plaintiff Lashanwda Surles ("Named Plaintiff" or "Surles") and Defendant, Wexford Health Sources, Inc. (collectively, "Defendant") (together, the "Parties"), respectfully ask the Court for an order approving the settlement the Parties reached in this action pursuant to 29 U.S.C. § 216(b).

1. The Parties reached an agreement to settle the claims of Surles and those Opt-in Plaintiffs who file consents joining this action under the Fair Labor Standards Act ("FLSA") who have not otherwise released their claims against Defendant.

2. As set forth in their accompanying Brief in Support of Agreed Motion to Approve Collective Action Settlement, the Parties seek approval of their Settlement Agreement and Release attached to the Brief in Support of the Motion as Exhibit 1 ("Settlement Agreement"). The Parties' Agreement is a fair and reasonable compromise of a *bona fide* dispute that will adequately compensate Surles and the Opt-in Plaintiffs for full compensation of alleged unpaid overtime wages, liquidated damages, incentive award, attorneys' fees, and costs, and will eliminate the need for the Parties to engage in further protracted and expensive litigation.

277242505

| | |
|---|---|
| Dated:  May 29, 2024 | Respectfully submitted, |
| | By: */s/ Alyssa J. White*<br>    Michael A. Josephson<br>    PA Bar No. 308410<br>    Andrew W. Dunlap<br>    Texas Bar No. 24078444<br>    Alyssa J. White<br>    TX Bar No. 24073014<br>    **JOSEPHSON DUNLAP LLP**<br>    11 Greenway Plaza, Suite 3050<br>    Houston, Texas 77046<br>    Tel: (713) 352-1100<br>    Fax: (713) 352-3300<br>    mjosephson@mybackwages.com<br>    adunlap@mybackwages.com<br>    awhite@mybackwages.com<br><br>    Richard J. (Rex) Burch<br>    TX Bar No. 24001807<br>    **BRUCKNER BURCH PLLC**<br>    11 Greenway Plaza, Suite 3025<br>    Houston, Texas 77046<br>    713-877-8788 – Telephone<br>    713-877-8065 – Facsimile<br>    rburch@brucknerburch.com<br><br>    Joshua P. Geist<br>    PA ID No. 85745<br>    William F. Goodrich<br>    PA ID No. 30235<br>    **GOODRICH & GEIST PC**<br>    3634 California Ave.<br>    Pittsburgh, Pennsylvania 15212<br>    412-766-1455 – Telephone<br>    412-766-0300 – Facsimile<br>    josh@goodrichandgeist.com<br>    bill@goodrichandgeist.com<br><br>    *ATTORNEYS FOR PLAINTIFFS* |

277242505

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing **AGREED MOTION TO APPROVE COLLECTIVE ACTION SETTLEMENT** has been served upon counsel of record via electronic mail this 29th day of May 2024.

*/s/ Alyssa White*
**Alyssa White**

**CERTIFICATE OF CONFERENCE**

Defendant is not opposed to the relief requested herein.

*/s/ Alyssa White*
**Alyssa White**

277242505