# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF PENNSYLVANIA
### PITTSBURGH DIVISION

| | |
|---|---|
| LASHANWDA SURLES, Individually and for Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>WEXFORD HEALTH SOURCES, INC.,<br><br>Defendant. | Case No. 2:22-cv-01376-DSC<br><br><br>Jury Trial Demanded<br><br><br>FLSA Collective Action |

## APPROVAL ORDER

Before the Court is Plaintiff's Agreed Motion To Approve Collective Action Settlement ("Motion") seeking the Court's approval the Settlement Agreement and Release attached to the Brief in Support of the Motion as Exhibit 1 ("Settlement Agreement") and dismissing the Civil Action with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. For good cause shown, and as more fully explained below, the motion is **GRANTED** as follows:

1. All capitalized terms in this Approval Order have the same meaning as in the Settlement Agreement attached to the Brief in Support of the Motion as Exhibit 1 as this Approval Order of Court.

2. The Court has jurisdiction over the claims asserted in the Civil Action and over the Parties to the Civil Action.

3. By filing written consents to join this Civil Action, Plaintiff Surles and those Opt-in Plaintiffs (collectively "Plaintiffs") who file consents joining this action under the Fair Labor Standards Act ("FLSA") who have not otherwise released their claims against Defendant: (1) authorized Plaintiff Surles and/or Class Counsel to act as their agents and to negotiate a settlement of any and all claims they may have against Defendant, subject to a review for fairness by the Court; and (2) consented and

agreed to be bound by any judgment of the Court or any settlement of this Civil Action that the Court reviews and determines to be fair and reasonable.

      4. The Court reviewed the Settlement Agreement and concludes that it is adequate, fair, and reasonable, that it is in the best interests of the Parties, the Plaintiff Surles, and the Opt-In Plaintiffs, and that it should be and hereby is APPROVED. Likewise, the determination of the allocation of the Gross Settlement Amount to the Gross Fund and the Service Award is approved as fair, equitable, and reasonable. Accordingly, the Settlement Agreement is hereby approved in accordance with the Fair Labor Standards Act of 1938, 29 U.S.C. § 201, et seq., and it shall be administered in accordance with its terms.

      5. Upon the Effective Date of the Settlement Agreement, Plaintiffs will irrevocably and unconditionally forever and fully release Defendant and all Released Parties from any and all Released Claims. Plaintiffs are enjoined from prosecuting any Released Claims against Defendant or Released Parties. Furthermore, Plaintiff Surles will irrevocably and unconditionally forever and fully release Defendant and all Released Parties from any and all charges, complaints, claims, liabilities, causes of action, damages and expenses (including attorneys' fees, costs actually incurred, and liquidated damages), of any kind, whether known or unknown, which he now has, may have or claim to have, or which he at any prior time had or claimed to have arising out of any matter occurring or accruing on or before the date Plaintiff Surles signs the Settlement Agreement.

      6. This Approval Order and the Settlement Agreement are binding on Plaintiffs and Defendant.

      7. This Civil Action and the claims of Plaintiffs are hereby **DISMISSED** in its entirety, on the merits, and **WITH PREJUDICE**, without costs to any party, except to the extent otherwise expressly provided in the Settlement Agreement.

277508240

**IT IS SO ORDERED.**

DATE: May 31, 2024                         s/David Stewart Cercone
                                                                                David Stewart Cercone
                                                                                Senior United States District Judge